**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

BENNY RAY RILEY, JR.                                                          PLAINTIFF

V.                                      NO: 3:11CV00093 JMM

CRAIGHEAD COUNTY                                                          DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with without

prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal

taken from the order and judgment dismissing this action is considered frivolous and not in good

faith.

DATED this ___12___ day of July, 2011.


_____
UNITED STATES DISTRICT JUDGE